**No. 49334.**—Protests 939552–G, etc., of Bruder Dairy Products Corp. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstracts 42146 and 48269, which records were incorporated herein. The protests were therefore sustained to this extent.